**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:05CR385 JCH |
| | ) |
| JEROME MORRIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

    **IT IS HEREBY ORDERED** that Grant Shostak, 8015 Forsyth Boulevard, St. Louis, MO 63105, 314 725 3200 is appointed to represent Defendant Jerome Morris in this cause of action.

    **IT IS FURTHER ORDERED** that the United States District Court Clerk's Office is directed to send Defendant's newly appointed counsel a complete copy of the court file.

    **IT IS FURTHER ORDERED** that this case is reset for trial on February 13, 2006, at 9 a.m. in the courtroom of the undersigned.

    Dated this 4th day of January, 2006.


                        \s\   Jean C. Hamilton
                       UNITED STATES DISTRICT JUDGE