UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) Case No. 4:05CR385 JCH |
| JEROME MORRIS, | ) ) ) |
| Defendant(s). | ) |

## **ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed a Report and Recommendation on September 26, 2005. (Doc. No. 27). In his Report and Recommendation, Judge Buckles recommends that Defendant's motion be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motion be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 27] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [Doc. No. 22] is **DENIED**.


Dated this 12th day of October, 2006.

                                        /s/ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE