UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CR385 JCH |
| ) | |
| JEROME MORRIS, ) | |
| ) | |
| Defendant(s). ) | |

# **ORDER**

This matter is before the Court on Defendant's pre-trial Motion for Bill of Particulars, and Motion to Dismiss Counts I and II of the Second Superseding Indictment. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed a Report and Recommendation on July 11, 2006. (Doc. No. 78). In his Report and Recommendation, Judge Buckles recommends that Defendant's motions be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 78] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion for Bill of Particulars [Doc. No. 61] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Counts I and II of the Second Superseding Indictment [Doc. No. 62] is **DENIED**.

Dated this 12th day of October, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE